JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY CHANG, | ) | Case No.: CV 13–04993 DSF (PJW) |
| Plaintiffs, | ) | |
| vs. | ) | JUDGMENT |
| CITIMORTGAGE, INC. and NORTHWEST TRUSTEE SERVICES, INC., | ) | |
| Defendants. | ) | |

The Court having granted defendants' motion to dismiss and having ordered that the Doe defendants also be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/4/13

_____
Dale S. Fischer
United States District Judge